**2013–0827.  State v. Beverly.**
Clark App. No. 2011 CA 64, 2013-Ohio-1365.
On motion for reconsideration. Motion granted and the discretionary appeal is accepted on Proposition of Law No. I only.
LANZINGER, J., concurs and would hold the cause for the decision in case Nos. 2013–1129 and 2013–1319, *State v. Griffin*, 2d Dist. Montgomery No. 24001, 2013-Ohio-2230.
O'CONNOR, C.J., and O'DONNELL, J., concur but would grant the motion as to both propositions of

law.

PFEIFER, KENNEDY, and FRENCH, JJ., dissent.